**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**PAULETTA HIGGINS,**

       **Plaintiff,**

v.                                                       **Case No:   6:14-cv-984-Orl-41TBS**

**HAMILTON COUNTY DEPARTMENT**
**OF JOB AND FAMILY SERVICE,**
**HAMILTON COUNTY JUVENILE**
**COURT, KACY EAVES and ERICKA**
**DORITY,**

       **Defendants.**

**ORDER**

This cause is before the Court on the Motion to Proceed *In Forma Pauperis* (Doc. No. 2), filed on June 24, 2014. The United States Magistrate Judge has submitted a report recommending that the Motion be DENIED without prejudice.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed July 11, 2014 (Doc. No. 10), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion to Proceed *In Forma Pauperis* (Doc. No. 2) is hereby **DENIED without prejudice** and the Complaint (Doc. No. 1) is dismissed without prejudice.

3. Plaintiff may file an amended complaint on or before **Monday, August 18, 2014**. Plaintiff may also file a Motion to Proceed *In Forma Pauperis* at that time.

**DONE** and **ORDERED** in Orlando, Florida on July 29, 2014.



Copies furnished to:

Unrepresented Parties